UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DASHA R. DILLARD,                            )<br>                                                              )<br>               Petitioner,              )<br>     v.                                                    )    No. 1:05-CV-1416-SEB-VSS<br>                                                              )<br>TOM HANLON, Superintendent,     )<br>                                                              )<br>               Respondent.           ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date:  03/03/2006

*(signature)*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Dasha R. Dillard
DOC #978052
Correctional Industrial Complex
P.O. Box 601
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770